F. J. TAYLOR v. RED LAKE FALLS LUMBER COMPANY.[1]

December 5, 1900.

Nos. 12,461—(57).

**Order not Appealable.**
Graham v. Conrad, 66 Minn. 470, followed, and appeal dismissed.

Appeal by defendant from an order of the district court for Red Lake county dismissing an appeal from a justice of the peace and affirming a judgment in favor of plaintiff for $14.43 and costs.  Dismissed.

*F. A. Grady,* for appellant.
*Chas. E. Boughton,* for respondent.

PER CURIAM.
The return herein is wholly insufficient, because the proceedings in district court are not certified to in any manner, except that it appears that an appeal has therein been taken from an order dismissing an appeal from a judgment entered in justice's court, and, under a peculiar statute, affirming said judgment.  Such an order is not appealable.  Graham v. Conrad, 66 Minn. 470, 69 N. W. 215.

Appeal dismissed.

[1] Reported in 84 N. W. 301.